**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01227-CR

### SHELTON L. BONDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-255**

## ORDER

The Court **GRANTS** the State's May 26, 2015 second motion for extension of time to file the State's brief.

We **ORDER** the State to file its brief within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE